**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In Re* Flint Water Cases.

Case No: 5:16-cv-12412-JEL-MKM
Hon: Judith E. Levy

_____/

**APPEARANCE**

To the Clerk of this Court and all parties of record:

 Please enter my appearance as Co-Counsel for Defendant DARNELL EARLEY in the above-captioned matters.

 I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ T. Santino Mateo
**T. SANTINO MATEO (P81530)**
Attorney for Defendant Darnell Earley
535 Griswold, Suite 1000
Detroit, MI 48226
(313) 962-3500

> *PROOF OF SERVICE*
> *The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause and to each of the attorneys of record herein at their respective addresses as directed on the pleading(s) of **June 25, 2019.***
> *Delivery By:*
> ☐ *U.S. Mail*　　　　　　　☐ *Fax*　　☒ *E-File (ECF)*
> ☐ *Hand-Delivered (Court)*　☐ *Overnight Express*
> ☐ *Federal Express*　　　　☐ *E-mail*　☐ *Other*
>
> *Signature:/s/T. Santino Mateo*_____
> 　　　　　*T. Santino Mateo*

Dated: July 19, 2019