UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shari Guertin, et al.,

                Plaintiff(s),

v.　　　　　　　　　　　　　　　　　Case No. 5:16–cv–12412–JEL–MKM
　　　　　　　　　　　　　　　　　　Hon. Judith E. Levy

Michigan, State of, et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  March 11, 2020 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/W. Barkholz
                                                    Case Manager

Dated:   January 25, 2020