UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases.<br>_____/ | Case No. 16-10444<br>(see attached list for consolidated case numbers)<br><br>Hon. Judith E. Levy<br>United States District Judge |

## **ORDER OF CONSOLIDATION**

There are currently 90 Flint water crisis-related civil cases pending before the Court. These include both class action cases and non-class cases brought by individuals.

To promote convenience and judicial economy and to avoid unnecessary costs and delay, the Court orders the docket consolidation of all 90 Flint water cases for pretrial purposes under Federal Rule of Civil Procedure 42(a), which provides:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

Fed. R. Civ. P. 42(a).

Accordingly, it is ordered that:

- All docket entries in the Flint water class action cases and related to the partial settlement must be filed in Case No. 16-10444. All non-class/individual cases aside from Bellwether I cases must be filed on this docket as well. The list of cases is attached to this Order.

- All docket entries in the Flint water Bellwether I case should continue to be filed in Case No. 17-10164.

Once the pretrial proceedings are completed for a particular group of cases (*i.e.*, the Bellwether II, Bellwether III, and the class case) the Court will issue an order directing the parties to file trial-related papers on a docket or dockets designated by the Court.

This Order is for docketing purposes only.

All Flint water cases remain open and pending. This Order does not close any cases for administrative or other purposes.

All original deadlines and hearings remain in effect, unless otherwise ordered.

IT IS SO ORDERED.

Dated: December 21, 2022      s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY

                                             United States District Judge

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 21, 2022.

                                             s/William Barkholz
                                             WILLIAM BARKHOLZ
                                             Case Manager

1. 16-10444
2. 16-12412
3. 16-13421
4. 16-13694
5. 17-10164
6. 17-10342
7. 17-10400
8. 17-10677
9. 17-10679
10. 17-10681
11. 17-10682
12. 17-10686
13. 17-10687
14. 17-10688
15. 17-10689
16. 17-10692
17. 17-10696
18. 17-10697
19. 17-10699
20. 17-10703
21. 17-10707
22. 17-10709
23. 17-10710
24. 17-10713
25. 17-10715
26. 17-10717
27. 17-10718
28. 17-10720
29. 17-10721
30. 17-10724
31. 17-10725
32. 17-10743
33. 17-10744
34. 17-10745
35. 17-10746
36. 17-11165

37. 17-11166
38. 17-11726
39. 17-12046
40. 17-12050
41. 17-12053
42. 17-12116
43. 17-12153
44. 17-12289
45. 17-12942
46. 17-13289
47. 17-13890
48. 18-10348
49. 18-10486
50. 18-10631
51. 18-10633
52. 18-10679
53. 18-10713
54. 18-10726
55. 18-11102
56. 18-11173
57. 18-11281
58. 18-11287
59. 18-11289
60. 18-11298
61. 18-11416
62. 18-11743
63. 18-11770
64. 18-11841
65. 18-11967
66. 18-12007
67. 18-12387
68. 19-12665
69. 19-12675
70. 19-12709
71. 19-12878
72. 19-12882

73. 20-10171
74. 20-10172
75. 20-10307
76. 20-10322
77. 20-10330
78. 20-10354
79. 20-10356
80. 20-10369
81. 20-10370
82. 20-10443
83. 20-10449
~~84.~~ 20-10453
85. 20-12005
86. 21-12854
87. 21-12855
88. 21-12856
89. 21-12857
90. 21-12858